# MONTHLY BUSINESS OPERATING STATEMENT

Case No: 2:09-bk-11376-Jmm  Debtor(s) Name: Charles Edward Thomas  Date Prepared: 12/31/09

Receipts and Disbursement for Month Ended 12/31/09

**Amount for Month**

**Gross Receipts:**
1. Gross Sales . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 60.00
2. Less Cost of Goods Sold . . . . . . . . . . . . . . . . . . . $ 20.00
3. Gross Profit from Sales (subtract line 2 from line 1) . . . . $ 40.00
4. Add Other Income . . . . . . . . . . . . . . . . . . . . . . . . $ 3720.00
5. Gross Income (add lines 3 and 4) . . . . . . . . . . . . . (A) $ 3740.00

**Business Costs and Expenses: (Do not list Chapter 13 Plan payment)**
6. Business Real Property Rent/Lease . . . . . . . . . . . . . $ 175.00
7. Business Real Property Utilities . . . . . . . . . . . . . . . $ 37.00
8. Salaries/Wages (not included on line 2 above; exclude owner's draw) . . . $
9. Employee Benefits . . . . . . . . . . . . . . . . . . . . . . . $
10. Payroll Tax Deposits . . . . . . . . . . . . . . . . . . . . . $
11. Sales Tax Deposits . . . . . . . . . . . . . . . . . . . . . . $
12. Other Tax Deposits . . . . . . . . . . . . . . . . . . . . . . $
13. Auto Expense . . . . . . . . . . . . . . . . . . . . . . . . . $ 40.00
14. Repairs/Maintenance . . . . . . . . . . . . . . . . . . . . . $
15. Insurance on Business (Fire, Theft, Liability, etc.) . . . . $ 6.00
16. Workman's Compensation Insurance . . . . . . . . . . . $
17. Supplies (not included on line 2 above) . . . . . . . . . . $ 94.78
18. Telephone/Internet . . . . . . . . . . . . . . . . . . . . . . $ 123.38
19. Advertising/Promotion . . . . . . . . . . . . . . . . . . . . $ 83.95
20. Travel/Entertainment . . . . . . . . . . . . . . . . . . . . . $
21. Professional Fees Paid (Attorney, Accountant, etc.) . . . $
22. Other Costs/Expense . . . . . . . . . . . . . . . . . . . . . $
23. Total Business Costs and Expenses for Month . . . . (B) $ 465.33

24. Net Income (Loss) for Month (A minus B) . . . . . . . . $ 3274.67

Total Funds On Hand/In Bank At End Of Month . . . . . . $ 1427.41

Total Inventory On Hand At End Of Month . . . . . . . . . $ 255.00

Total Accounts Receivable (Collectible) At End Of Month . . $

Total Accounts Payable At End Of Month . . . . . . . . . . $

Under penalty of perjury, I(we) declare that the foregoing information is true and correct.

Signatures: Charles Edward Thomas  Date: 12/31/09

Date: _____

*FILED JAN - 5 2010 UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA*

Form B-6 (12/2000)  Instruction on Reverse Side